**Order entered June 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01469-CV

**CRESENCIO BASTIDA, Appellant**

**V.**

**ABEL'S MOBILE HOME SERVICE, INC., ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02287-06**

## ORDER

The Court has before it appellant's June 5, 2013 unopposed motion for a final extension of time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by June 12, 2013. No further extensions will be granted absent a showing of extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE